UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00459-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JOSEPH ANDREW LOPEZ,

    Defendant.
_____

**MINUTE ORDER**
_____
ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Wednesday, June 23, 2010 at 10:00 a.m.**

    Dated: April 14, 2010